UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARK EATON, et al.,
    Plaintiffs,

vs.                                                     Case No.: 3:21cv251/MCR/EMT

THE BANK OF NEW YORK
MELLON,
    Defendant.
_____/

# ORDER

The magistrate judge issued a Report and Recommendation on September 28, 2021 (ECF No. 54). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections. *See* ECF No. 55.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation (ECF No. 54) is adopted and incorporated by reference in this order.

2. Defendant "BoNYM's [The Bank of New York Mellon's] Motion for Entitlement to Attorneys' Fees" (ECF No. 46) is **GRANTED**.

3. Within **fourteen days** of the date of this order, lead counsel for the parties must confer in good faith in an effort to agree upon the amount of the fees to be awarded to Defendant. <u>The conference must be in person, by phone, or via video-teleconferencing</u>.

    a. If an agreement is reached, the parties must file a joint statement so indicating and providing the amount agreed upon within **twenty-one days** of the date of this order.

    b. If no agreement is reached, Defendant must file declarations in the manner set forth in N.D. Fla. Loc. R. 54.1(E) within **thirty days** of the date of this order and thereafter the parties must comply with the additional directives set forth in Local Rule 54.1(F) & (G).

**DONE AND ORDERED** this 13th day of October 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:21cv251/MCR/EMT